NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Robert Abiri
Abiri Law, PC
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949.459.2133

ATTORNEY(S) FOR: Plaintiffs Francisco Cabonios, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Francisco Cabonios, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:26-cv-02373 |
| v. | |
| Crunchyroll, LLC, a Delaware corporation | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiffs or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Francisco Cabonios | Plaintiff |
| J.T. | Plaintiff |
| Oskar Toruno | Guardian at litem |
| Anthony Gonzales | Plaintiff |
| Matthew Newton | Plaintiff |
| Alicia Taylor | Plaintiff |

March 5, 2026
Date

/s/ Robert Abiri
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES