# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CABONIOS , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>CRUNCHYROLL, LLC<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:26–cv–02373–PD<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|   3/5/2026   |   1   |   Complaint   |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

It appears a guardian ad litem is named in this case but no Petition seeking such appointment has been filed. A Petition for the Appointment of a Guardian Ad Litem must be filed when the appointment of a guardian ad litem is required by Fed. R. Civ. P. 17(c)(2). See Local Rule 17–1. Counsel must file a Petition for the Appointment of a Guardian Ad Litem immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

Clerk, U.S. District Court

Dated:  March 11, 2026   By:  _/s/ Geneva Hunt  Geneva_Hunt@cacd.uscourts.gov_
Deputy Clerk