**ABIRI LAW, PC**
Robert Abiri (SBN 238681)
rabiri@abirilaw.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
t. 949.459.2133
f. 949.534.4367

**CUSTODIO & DUBEY, LLP**
Vineet Dubey (SBN 243208)
445 Figueroa Street, Suite 2520
Los Angeles, CA 90071
Telephone: (213) 593-9095
Fax: (213) 785-2899
dubey@cd-lawyers.com

**DON BIVENS PLLC**
Don Bivens (*pro hac vice* forthcoming)
Maxwell K. Weiss (*pro hac vice* forthcoming)
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661
don@donbivens.com

*Attorneys for Plaintiffs and the Putative Classes*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CABONIOS, J.T., a minor, by and through her parent and guardian *ad litem* OSKAR TORUNO, ANTHONY GONZALES, MATTHEW NEWTON, and ALICIA TAYLOR, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs,*<br><br>    v.<br><br>CRUNCHYROLL, LLC, a Delaware corporation,<br><br>   *Defendants.* | CASE NO.: 2:26-cv-02373<br><br>**APPLICATION OF OSKAR TORUNO FOR APPOINTMENT AS GUARDIAN AT LITEM FOR MINOR PLAINTIFF J.T.** |

APPLICATION FOR APPOINTMENT OF GUARDIAN AT LITEM

## APPLICATION OF OSKAR TORUNO FOR APPOINTMENT AS GUARDIAN AT LITEM FOR MINOR J.T.

1. J.T. is a minor plaintiff in the above-referenced case.

2. J.T. was born on August 27, 2012.

3. Oskar Toruno is the father of minor plaintiff J.T.

4. Oskar Toruno is not a plaintiff in this case and has no interest potentially adverse to minor plaintiff J.T.

5. Oskar Toruno is a responsible adult and fully competent to understand and protect the rights of J.T. *See* Consent Declaration of Nominee to Appointment as Guardian ad Litem for Minor Plaintiff J.T., filed concurrently herewith.

6. Plaintiff J.T. therefore respectfully requests an order appointing Oskar Toruno as Guardian ad Litem for minor plaintiff J.T.

DATED: March 9, 2026

**ABIRI LAW, PC**

By: ___/s/ Robert Abiri_____

Robert Abiri
rabiri@abirilaw.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
t. 949.459.2133
f. 949.534.4367

*Attorneys for Plaintiffs and the Putative Classes*

Dated: ___03/09/2026___

By: _____
Oskar Toruno

-2-

APPLICATION FOR APPOINTMENT OF GUARDIAN AT LITEM