**ABIRI LAW, PC**
Robert Abiri (SBN 238681)
rabiri@abirilaw.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
t. 949.459.2133
f. 949.534.4367

**CUSTODIO & DUBEY, LLP**
Vineet Dubey (SBN 243208)
445 Figueroa Street, Suite 2520
Los Angeles, CA 90071
Telephone: (213) 593-9095
Fax: (213) 785-2899
dubey@cd-lawyers.com

**DON BIVENS PLLC**
Don Bivens (*pro hac vice* forthcoming)
Maxwell K. Weiss (*pro hac vice* forthcoming)
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661
don@donbivens.com

*Attorneys for Plaintiffs and the Putative Classes*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CABONIOS, J.T., a minor, by and through her parent and guardian *ad litem* OSKAR TORUNO, ANTHONY GONZALES, MATTHEW NEWTON, and ALICIA TAYLOR, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br><br>   v.<br><br>CRUNCHYROLL, LLC, a Delaware corporation,<br><br>    *Defendants*. | CASE NO.: 2:26-cv-02373-PD<br><br>**PROOF OF SERVICE OF NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT** |

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange State of California, and not a party to the above-entitled cause. On March 17, 2026, I served a true copy of **NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT** (ECF No. 5) via email to the person(s) indicated below pursuant to agreement for electronic service of this document:

Jeffrey Landis (Jeff@zwillgen.com)
Sudhir Rao (Sudhir.Rao@zwillgen.com)
ZwillGen
Counsel for Defendant Crunchyroll, LLC

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

*/s/ Robert Abiri*
Robert Abiri