**CERTIFICATE OF THE CLERK OF THE SUPREME COURT
OF THE
STATE OF ARIZONA**

---

I, Aaron C. Nash, Clerk of the Supreme Court of the State of Arizona, hereby certify

that, according to the records of my office and upon the recommendation of the

Disciplinary Clerk of the Supreme Court of Arizona

## DON BIVENS

was on the 1st day of November, 1977  duly admitted to practice as an Attorney and

Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are

pending against this attorney in the Arizona Supreme Court as of the date of this

certificate; and that this name now appears on the Roll of Attorneys in this office as

an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal
of said Court this 20th day of
February, 2026.

AARON C. NASH, Clerk

By _____
Jeff Dickerson
Deputy Clerk III