Name and address:

Donald W. Bivens
15169 N. Scottsdale Road, Suite 205
Scottsdale, Arizona 85254

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francisco Cabonios, et al. <br><br> Plaintiff(s) <br> v. <br><br> Crunchyroll, LLC <br><br> Defendant(s). | CASE NUMBER <br><br> 2:26-cv-02373-JLS(MARx) <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bivens, Donald W.                                                of

*Applicant's Name (Last Name, First Name & Middle Initial)*

602-708-1450

*Telephone Number*          *Fax Number*

don@donbivens.com

*E-Mail Address*

DON BIVENS, PLLC
Scottsdale Quarter
15169 N. Scottsdale Road, Suite 205
Scottsdale, Arizona 85254

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Francisco Cabonios, J.T., Oskar Toruno, Anthony Gonzales, Matthew Newton, Alicia Taylor

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Abiri, Robert                                                of

*Designee's Name (Last Name, First Name & Middle Initial)*

238681          949-459-2133          949-534-4367

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

rabiri@abirilaw.com

*E-Mail Address*

Abiri Law, P.C.
30021 Tomas St., Suite 300
Rancho Santa Margarita, CA 92688

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**