**ABIRI LAW, PC**
Robert Abiri (SBN 238681)
rabiri@abirilaw.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
t. 949.459.2133
f. 949.534.4367

**CUSTODIO & DUBEY, LLP**
Vineet Dubey (SBN 243208)
445 Figueroa Street, Suite 2520
Los Angeles, CA 90071
Telephone: (213) 593-9095
Fax: (213) 785-2899
dubey@cd-lawyers.com

**DON BIVENS PLLC**
Don Bivens (*pro hac vice* forthcoming)
Maxwell K. Weiss (*pro hac vice* forthcoming)
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661
don@donbivens.com

*Attorneys for Plaintiffs and the Putative Classes*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CABONIOS, J.T., a minor, by and through her parent and guardian *ad litem* OSKAR TORUNO, ANTHONY GONZALES, MATTHEW NEWTON, and ALICIA TAYLOR, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs,*<br><br>                v.<br><br>CRUNCHYROLL, LLC, a Delaware corporation,<br><br>        *Defendants.* | CASE NO.: 2:26-cv-02373-JLS-MAR<br><br>**[~~PROPOSED~~] ORDER GRANTING APPLICATION OF OSKAR TORUNO FOR APPOINTMENT AS GUARDIAN AT LITEM FOR MINOR PLAINTIFF J.T.** |

IT IS HEREBY ORDERED THAT the application of Oskar Toruno for appointment of Guardian ad Litem for Plaintiff J.T. is granted.

IT IS SO ORDERED.

Dated:  4/13/26

By: _____

Honorable Margo A. Rocconi
United States Magistrate Judge

-2-
[PROPOSED] ORDER