Oliver M. Kiefer (SBN 332830)
oliver.kiefer@zwillgen.com
ZWILLGEN LAW LLP
369 Pine Street Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile: (415) 636-5965

*Attorney for Defendant Crunchyroll, LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CABONIOS, J.T., a minor, by and through her parent and guardian *ad litem* OSKAR TORUNO, ANTHONY GONZALES, MATTHEW NEWTON, and ALICIA TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRUNCHYROLL, LLC, a Delaware Corporation,<br><br>Defendant. | Case No. 2:26-cv-02373-JLS-MARx<br><br>**DEFENDANT CRUNCHYROLL, LLC'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**<br><br>[Fed. R. Civ. P. 7.1; Local Civ. R. 7.1-1]<br><br>Complaint Filed:  March 5, 2026<br><br>Assigned to: Judge Josephine L. Staton<br>Referred to:  Magistrate Judge Margo A. Rocconi |

DEFENDANT CRUNCHYROLL, LLC'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES (Fed. R. Civ. P. 7.1; Civil L-R 7.1.-1); CASE NO. 2:26-cv-02373-JLS-MARx

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1-1, Defendant Crunchyroll, LLC ("Crunchyroll") hereby files the following Corporate Disclosure Statement and Notice of Interested Parties.

## CORPORATE DISCLOSURE STATEMENT

Crunchyroll is a Delaware limited liability company. Crunchyroll is a direct subsidiary of AXN Investment, Inc. and Aniplex Inc. and an indirect subsidiary of CPE Holdings, Inc., Sony Pictures Entertainment Inc., Sony Corporation of America, and Sony Music Entertainment (Japan) Inc., all of which are subsidiaries of Sony Group Corporation, a publicly traded company. No other publicly traded company owns 10% or more of Crunchyroll's stock.

## NOTICE OF INTERESTED PARTIES

The undersigned, counsel of record for Defendant Crunchyroll, certifies that, as of this date, other than the named parties to this action, the following listed parties may have a pecuniary interest in the outcome of this case:

1. AXN Investment, Inc. (parent company of Crunchyroll)
2. Aniplex Inc. (parent company of Crunchyroll)
3. CPE Holdings, Inc. (indirect parent company of Crunchyroll)
4. Sony Pictures Entertainment Inc. (indirect parent company of Crunchyroll)
5. Sony Corporation of America (indirect parent company of Crunchyroll)
6. Sony Music Entertainment (Japan) Inc. (indirect parent company of Crunchyroll)
7. Sony Group Corporation (indirect parent company of Crunchyroll)
8. PMG Assurance Ltd. (insurance carrier that may provide coverage for this matter)

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DEFENDANT CRUNCHYROLL, LLC'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES (Fed. R. Civ. P. 7.1; Civil L-R 7.1.-1); CASE NO. 2:26-cv-02373-JLS-MARx

Dated: May 4, 2026                     **ZWILLGEN LAW LLP**


By: /s/ *Oliver M. Kiefer*
Oliver M. Kiefer (SBN 332830)
oliver.kiefer@zwillgen.com
369 Pine Street Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile: (415) 636-5965

*Attorney for Defendant Crunchyroll, LLC*

2

DEFENDANT CRUNCHYROLL, LLC'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF
INTERESTED PARTIES (Fed. R. Civ. P. 7.1; Civil L-R 7.1.-1); CASE NO. 2:26-cv-02373-JLS-MARx