Oliver M. Kiefer (SBN 332830)
oliver.kiefer@zwillgen.com
ZWILLGEN LAW LLP
369 Pine Street Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile: (415) 636-5965

*Attorney for Defendant Crunchyroll, LLC*

Robert Abiri (SBN 238681)
rabiri@abirilaw.com
ABIRI LAW, PC
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (949) 459-2133
Facsimile: (949) 534-4367

*Attorney for Plaintiffs Francisco Cabonios, et. al.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO CABONIOS, J.T., a minor, by and through her parent and guardian *ad litem* OSKAR TORUNO, ANTHONY GONZALES, MATTHEW NEWTON, and ALICIA TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CRUNCHYROLL, LLC, a Delaware Corporation,<br><br>Defendant. | Case No. 2:26-cv-02373-JLS-MARx<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint received: March 6, 2026<br>Waiver of service executed: March 10, 2026<br>Current response date: May 11, 2026<br>New response date: May 29, 2026<br><br>Assigned to: Judge Josephine L. Staton<br>Referred to:  Magistrate Judge Margo A. Rocconi |

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30
DAYS (L.R. 8-3); CASE NO. 2:26-cv-02373-JLS-MARx

This Joint Stipulation is made by and between Plaintiffs Francisco Cabonios, J.T., a minor, by and through her parent and guardian *ad litem* Oskar Toruno, Anthony Gonzales, Matthew Newton, and Alicia Taylor ("Plaintiffs") and Defendant Crunchyroll, LLC ("Defendant" and, with Plaintiffs, the "Parties") by and through their counsel under Local Civil Rule 8-3, given the following facts:

WHEREAS, on March 5, 2026, Plaintiffs filed the Complaint in this matter. Dkt. No. 1.

WHEREAS, on March 6, 2026, Defendant received a copy of the Complaint.

WHEREAS, on March 11, 2026, Defendant executed a waiver of service of summons, effective March 10, 2026.  Dkt. No. 11.

WHEREAS, Defendant's current deadline to respond to the Complaint is May 11, 2026.  *See id.*; Fed. R. Civ. P. 4(d)(3); Fed. R. Civ. P. 6(a)(1)(C).

WHEREAS, counsel for Plaintiffs and Defendant have agreed upon an 18-day extension of Defendant's time to respond to the Complaint, through and including May 29, 2026, to allow the parties to continue to confer regarding a motion to transfer this action to federal district court in New York, New York and the appropriate sequencing of other potential threshold motions, including Defendant's anticipated motion to compel arbitration.

WHEREAS, the requested extension is made in a timely fashion, in good faith, and not for any purpose of delay; the requested extension would not extend Defendant's deadline to respond to the Complaint for more than 30 days from the date the response initially would have been due; and granting this request for an extension will not prejudice any Party to this matter;

WHEREAS, this is Defendant's first request for an extension of time;

///

///

///

///

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3); CASE NO. 2:26-cv-02373-JLS-MARx

## **<u>STIPULATION</u>**

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that Defendant's deadline to respond to the Complaint is extended by 18 days, up to and including May 29, 2026.

Respectfully submitted,

Dated: May 4, 2026      **ZWILLGEN LAW LLP**

By: /s/ *Oliver M. Kiefer*
Oliver M. Kiefer (SBN 332830)
oliver.kiefer@zwillgen.com
369 Pine Street Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile: (415) 636-5965

*Attorney for Defendant Crunchyroll, LLC*

Dated: May 4, 2026      **ABIRI LAW, PC**

By: /s/ *Robert Abiri*
Robert Abiri (SBN 238681)
rabiri@abirilaw.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
t. 949.459.2133
f. 949.534.4367

**CUSTODIO & DUBEY, LLP**
Vineet Dubey (SBN 243208)
445 Figueroa Street, Suite 2520
Los Angeles, CA 90071
Telephone: (213) 593-9095
Fax: (213) 785-2899
dubey@cd-lawyers.com

2

**DON BIVENS PLLC**
Don Bivens (*pro hac vice*)
Maxwell K. Weiss (*pro hac vice* pending)
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661
don@donbivens.com
max@donbivens.com


*Attorneys for Plaintiffs Francisco Cabonios, et. al.*

3

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3); CASE NO. 2:26-cv-02373-JLS-MARx

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to L.R. 5-4.3.4, I hereby attest that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Joint Stipulation.

By: */s/ Oliver M. Kiefer*

Oliver M. Kiefer (SBN 332830)

4

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3); CASE NO. 2:26-cv-02373-JLS-MARx