Oliver M. Kiefer (SBN 332830)
oliver.kiefer@zwillgen.com
ZWILLGEN LAW LLP
369 Pine Street Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile: (415) 636-5965

*Attorney for Defendant Crunchyroll, LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CABONIOS, J.T., a minor, by and through her parent and guardian *ad litem* OSKAR TORUNO, ANTHONY GONZALES, MATTHEW NEWTON, and ALICIA TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRUNCHYROLL, LLC, a Delaware Corporation,<br><br>Defendant. | Case No. 2:26-cv-02373-JLS-MARx<br><br>**DECLARATION PURSUANT TO LOCAL CIVIL RULE 7-3 REGARDING MEET AND CONFER EFFORTS CONCERNING DEFENDANT CRUNCHYROLL, LLC'S ALTERNATIVE MOTION TO DISMISS**<br><br>*[Filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; and [Proposed] Order]*<br><br>Date: July 24, 2026<br>Time: 10:30 a.m.<br>Courtroom: 8A, 8th Floor<br><br>Assigned to: Judge Josephine L. Staton<br>Referred to:  Magistrate Judge Margo A. Rocconi |

DECLARATION PURSUANT TO LOCAL CIVIL RULE 7-3 REGARDING MEET AND CONFER EFFORTS CONCERNING DEFENDANT CRUNCHYROLL, LLC'S ALTERNATIVE MOTION TO DISMISS; CASE NO. 2:26-cv-02373-JLS-MARx

I, Oliver M. Kiefer, declare as follows:

1.      I am an attorney licensed to practice in the State of California and am admitted to the bar of this Court. I am an attorney at ZwillGen Law LLP, counsel of record for Defendant Crunchyroll, LLC ("Crunchyroll") in this action.

2.      If called upon as a witness, I could and would testify to the facts set forth below, as I know each to be true based on my own personal knowledge.

3.      Pursuant to Central District of California Local Civil Rule 7-3, with my colleague Sudhir Rao, I met and conferred with Robert Abiri of Abiri Law, PC, counsel of record for Plaintiffs by video conference on May 19, 2026, to discuss the substance of Crunchyroll's concurrently filed Alternative Motion to Dismiss ("MTD").

We explained that Crunchyroll intended to move to dismiss the Complaint because the Complaint fails to allege that Plaintiffs' "personally identifiable information" is transmitted to a third party, such that the Complaint does not allege an actionable "disclosure" under the Video Privacy Protection Act, 18 U.S.C. § 2710. The parties were unable to reach an agreement that would obviate Crunchyroll's motion to dismiss or narrow the grounds for it. Accordingly, Crunchyroll brings the concurrently filed MTD.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct and that I executed this declaration on May 29th, 2026 in San Diego, California.

Dated: May 29, 2026                     **ZWILLGEN LAW LLP**

By: /s/ *Oliver M. Kiefer*
Oliver M. Kiefer (SBN 332830)

*Attorney for Defendant Crunchyroll, LLC*

1

DECLARATION PURSUANT TO LOCAL CIVIL RULE 7-3 REGARDING MEET AND CONFER EFFORTS CONCERNING DEFENDANT CRUNCHYROLL, LLC'S ALTERNATIVE MOTION TO DISMISS; CASE NO. 2:26-cv-02373-JLS-MARx