# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CABONIOS, J.T., a minor, by and through her parent and guardian *ad litem* OSKAR TORUNO, ANTHONY GONZALES, MATTHEW NEWTON, and ALICIA TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CRUNCHYROLL, LLC, a Delaware Corporation,<br><br>Defendant. | Case No. 2:26-cv-02373-JLS-MARx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CRUNCHYROLL, LLC'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>Date: July 24, 2026<br>Time: 10:30 a.m.<br>Courtroom: 8A, 8th Floor<br><br>Assigned to:  Judge Josephine L. Staton<br>Referred to:  Magistrate Judge Margo A. Rocconi |

The Court, having considered Defendant Crunchyroll, LLC's ("Defendant") Motion to Dismiss Plaintiffs' Class Action Complaint, all the pleadings and papers filed with the Court in this action, and the legal arguments of counsel, finds and rules as follows:

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is **GRANTED**; and it is further

ORDERED that Plaintiffs' Class Action Complaint against Defendant Crunchyroll, LLC is hereby dismissed with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
Honorable Josephine L. Staton
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT CRUNCHYROLL, LLC'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT; CASE NO. 2:26-cv-02373-JLS-MARx