Oliver M. Kiefer (SBN 332830)
oliver.kiefer@zwillgen.com
ZWILLGEN LAW LLP
369 Pine Street Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile: (415) 636-5965

*Attorney for Defendant Crunchyroll, LLC*

Robert Abiri (SBN 238681)
rabiri@abirilaw.com
ABIRI LAW, PC
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (949) 459-2133
Facsimile: (949) 534-4367

*Attorney for Plaintiffs Francisco Cabonios, et. al.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CABONIOS, J.T., a minor, by and through her parent and guardian *ad litem* OSKAR TORUNO, ANTHONY GONZALES, MATTHEW NEWTON, and ALICIA TAYLOR, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br>v.<br><br>CRUNCHYROLL, LLC, a Delaware Corporation,<br><br>             Defendant. | Case No. 2:26-cv-02373-JLS-MARx<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S PENDING MOTIONS, PLAINTIFFS' AMENDED COMPLAINT, AND BRIEFING SCHEDULE; DECLARATION OF ROBERT ABIRI**<br><br>Assigned to: Judge Josephine L. Staton<br>Referred to:  Magistrate Judge Margo A. Rocconi |

---

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S PENDING MOTIONS,
PLAINTIFFS' AMENDED COMPLAINT, AND BRIEFING SCHEDULE; CASE NO. 2:26-cv-02373-JLS-MARx

This Joint Stipulation is made by and between Plaintiffs Francisco Cabonios, J.T., a minor, by and through her parent and guardian *ad litem* Oskar Toruno, Anthony Gonzales, Matthew Newton, and Alicia Taylor ("Plaintiffs") and Defendant Crunchyroll, LLC ("Defendant" and, with Plaintiffs, the "Parties") by and through their counsel under Local Rule 7-1 and given the following facts:

WHEREAS, on March 5, 2026, Plaintiffs filed the Complaint in this matter. Dkt. No. 1;

WHEREAS, on May 29, 2026, Defendant filed three separate motions in response to the Complaint: (1) a Motion to Compel Arbitration, (2) a Motion to Transfer the Case to Southern District of New York, and (3) a Motion to Dismiss (collectively, the "Motions"); Dkt. Nos. 24-26 (Declaration of Robert Abiri ["Abiri Decl."] ¶ 2);

WHEREAS, following the filing of the Motions, Plaintiffs' counsel reviewed each Motion in depth and determined an amended complaint is the appropriate response (Abiri Decl. ¶ 3);

WHEREAS, Plaintiffs' current deadline to file an amended complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B) is June 19, 2026, but Plaintiffs' deadline to respond to the Motions is July 3, 2026;

WHEREAS, following review of the Motions, counsel for Plaintiffs contacted counsel for Defendant on June 2, 2026, and, during two conference calls on June 3, 2026 and June 5, 2026, counsel for the Parties discussed various options for addressing the procedural posture of the pending Motions given Plaintiffs' intent to amend the Complaint (Abiri Decl. ¶ 4);

WHEREAS, counsel for the Parties agreed that, after Plaintiffs file an amended complaint, Defendant may first file renewed motions to compel arbitration and transfer the case to the Southern District of New York, and that, absent an order mooting the need for a motion to dismiss, Defendant shall file any motion to dismiss

within thirty (30) days after the originally noticed hearing date for the renewed motions to compel arbitration and transfer (Abiri Decl. ¶ 5);

WHEREAS, the Parties believe that this sequence and briefing schedule will serve judicial economy, conserving the Court's and the Parties' resources by avoiding briefing on Motions directed to a complaint that will no longer be operative and by permitting threshold procedural issues to be addressed before any renewed motion to dismiss is briefed (Abiri Decl. ¶ 6);

WHEREAS, the requested modification is made in a timely fashion, in good faith, and not for purposes of delay; the requested modification is brief; and granting this request will not prejudice any Party to this matter and will conserve judicial and party resources (*Id.*);

**STIPULATION**

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

(1) Defendant's pending Motions as to the original Complaint are hereby withdrawn without prejudice to refiling in response to Plaintiffs' forthcoming amended complaint;

(2) Plaintiffs' deadline to file an amended complaint is extended from June 19, 2026 to June 22, 2026;

(3) Defendant's deadline to file renewed motions to compel arbitration and transfer the case to the Southern District of New York shall be July 22, 2026;

(4) Plaintiffs' Oppositions to the renewed motions to compel arbitration and transfer shall be due on or before August 24, 2026;

(5) Defendant's Replies in support of the renewed motions to compel arbitration and transfer shall be due on or before September 10, 2026;

(6) Absent an order mooting the need for a motion to dismiss, Defendant shall file any motion to dismiss within thirty (30) days after the originally noticed

hearing date for the renewed motions to compel arbitration and transfer the case to the Southern District of New York.

Respectfully submitted,

Dated: June 9, 2026    **ZWILLGEN LAW LLP**

By: */s/ Oliver M. Kiefer*
Oliver M. Kiefer (SBN 332830)
oliver.kiefer@zwillgen.com
Jeff Landis
jeff@zwillgen.com
369 Pine Street Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile: (415) 636-5965

*Attorney for Defendant Crunchyroll, LLC*

Dated: June 9, 2026    **ABIRI LAW, PC**

By: */s/ Robert Abiri*
Robert Abiri (SBN 238681)
rabiri@abirilaw.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
t. 949.459.2133
f. 949.534.4367

**CUSTODIO & DUBEY, LLP**
Vineet Dubey (SBN 243208)
445 Figueroa Street, Suite 2520
Los Angeles, CA 90071
Telephone: (213) 593-9095
Fax: (213) 785-2899
dubey@cd-lawyers.com

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S PENDING MOTIONS, PLAINTIFFS' AMENDED COMPLAINT, AND BRIEFING SCHEDULE; CASE NO. 2:26-cv-02373-JLS-MARx

**DON BIVENS PLLC**
Don Bivens (*pro hac vice*)
Maxwell K. Weiss (*pro hac vice* pending)
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661
don@donbivens.com
max@donbivens.com


*Attorneys for Plaintiffs Francisco Cabonios, et. al.*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S PENDING MOTIONS, PLAINTIFFS' AMENDED COMPLAINT, AND BRIEFING SCHEDULE; CASE NO. 2:26-cv-02373-JLS-MARx

**DECLARATION**

I, Robert Abiri, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am the principal of Abiri Law, PC, attorney of record for Plaintiffs Francisco Cabonios, J.T., a minor, by and through her parent and guardian *ad litem* Oskar Toruno, Anthony Gonzales, Matthew Newton, and Alicia Taylor ("Plaintiffs"). I submit this declaration in support of the Joint Stipulation Regarding Defendant's Pending Motions, Plaintiffs' Amended Complaint, and Briefing Schedule (the "Stipulation"). I have personal knowledge of the following facts, and, if called as a witness, could and would testify competently thereto.

2. On May 29, 2026, Defendant filed three separate motions in response to the Complaint in this matter: (1) a Motion to Compel Arbitration, (2) a Motion to Transfer the Case to Southern District of New York, and (3) a Motion to Dismiss (collectively, the "Motions"); Dkt. Nos. 24-26.

3. Upon receipt of the Motions, I reviewed each motion in depth and determined an amended complaint is the appropriate response to the Motions.

4. I contacted counsel for Defendant via email on June 2, 2026, and, during two conference calls on June 3, 2026 and June 5, 2026, we discussed various options for addressing the procedural posture of the pending Motions given Plaintiffs' intent to amend the Complaint.

5. After discussing the matter, we reached agreement on the pending Motions and briefing schedule as reflected in this Stipulation.

6. The Parties believe that this sequence and briefing schedule will serve judicial economy, conserving the Court's and the Parties' resources by avoiding briefing on Motions directed to a complaint that will no longer be operative and by permitting threshold procedural issues to be addressed before any renewed motion to dismiss is briefed. Moreover, no party will be prejudiced by the granting of this request and it is made in good faith.

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S PENDING MOTIONS, PLAINTIFFS' AMENDED COMPLAINT, AND BRIEFING SCHEDULE; CASE NO. 2:26-cv-02373-JLS-MARx

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 9th day of June 2026, at Rancho Santa Margarita, California.

By: */s/ Robert Abiri*
Robert Abiri

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S PENDING MOTIONS,
PLAINTIFFS' AMENDED COMPLAINT, AND BRIEFING SCHEDULE; CASE NO. 2:26-cv-02373-JLS-MARx

# SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Joint Stipulation.

By: */s/ Robert Abiri*
Robert Abiri (SBN 238681)

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S PENDING MOTIONS, PLAINTIFFS' AMENDED COMPLAINT, AND BRIEFING SCHEDULE; CASE NO. 2:26-cv-02373-JLS-MARx