**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO CABONIOS, J.T., a minor, by and through her parent and guardian *ad litem* OSKAR TORUNO, ANTHONY GONZALES, MATTHEW NEWTON, and ALICIA TAYLOR, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>CRUNCHYROLL, LLC, a Delaware Corporation,<br><br>                    Defendant. | Case No. 2:26-cv-02373-JLS-MAR<br><br>**ORDER (1) GRANTING JOINT STIPULATION REGARDING DEFENDANT'S PENDING MOTIONS, PLAINTIFF'S AMENDED COMPLAINT, AND BRIEFING SCHEDULE (Doc. 27); AND (2) DENYING WITHOUT PREJUDICE DEFENDANT'S PENDING MOTIONS (Doc. 24; Doc. 25; Doc. 26)** |

This Court, having considered the Joint Stipulation Regarding Defendant's Pending Motions, Plaintiffs' Amended Complaint, and Briefing Schedule (Stipulation, Doc. 27) and good cause appearing therefore, hereby GRANTS the Stipulation and ORDERS the following deadlines and briefing schedule:

1. Defendant's pending Motion to Compel Arbitration (Doc. 24), Motion to Transfer the Case to Southern District of New York (Doc. 25), and Motion to Dismiss as to the original Complaint (Doc. 26) are denied without prejudice to refiling in response to Plaintiffs' forthcoming amended complaint;

2. Plaintiffs' deadline to file an amended complaint is extended from June 19, 2026 to June 22, 2026;

3. Defendant's deadline to file renewed motions to compel arbitration and transfer the case to the Southern District of New York is July 22, 2026;

4. Plaintiffs' Oppositions to Defendant's renewed motions to compel arbitration and transfer shall be due on or before August 24, 2026;

5. Defendant's Replies in support of the renewed motions to compel arbitration and transfer shall be due on or before September 10, 2026;

6. Absent an order mooting the need for a motion to dismiss, Defendant shall file any motion to dismiss within **thirty (30) days** after the originally noticed hearing date for the renewed motions to compel arbitration and transfer the case to the Southern District of New York.

Dated: June 10, 2026

JOSEPHINE L. STATON

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE